UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA MARIE PREETORIUS,<br>           Petitioner,<br>    v.<br>A. DULGOV,<br>           Respondent. | Case No. 24-cv-00366-AMO (PR)<br><br>**ORDER GRANTING PETITIONER'S REQUEST FOR VOLUNTARY DISMISSAL**<br><br>Re: Dkt. No. 7 |

Before the Court is Petitioner Regina Marie Preetorius's request for voluntary dismissal. *See* Dkt. 7. She "request[s] that [this action] be voluntarily dismissed without prejudice due to no longer residing in the court's jurisdiction." *Id.* at 1.

Pursuant to the request for voluntary dismissal of this action filed by Preetorius, this action is **DISMISSED**. *See* Fed. R. Civ. P. 41(a)(1); *Hamilton v. Shearson-Lehman American Exp. Inc*., 813 F.2d 1532, 1534-36 (9th Cir. 1987) (Rule 41(a)(1)(A)(i) does not require leave of court to dismiss the action). The dismissal is without prejudice. *See* Fed. R. Civ. P. 41(a)(1) (unless the notice of dismissal states otherwise, it is deemed to be "without prejudice"); *Humphreys v. United States*, 272 F.2d 411, 412 (9th Cir. 1959).

## CONCLUSION

Accordingly, Preetorius's request for voluntary dismissal is **GRANTED**. Dkt. 7. The petition is **DISMISSED** without prejudice.

The Clerk of the Court shall close the file.

This Order terminates Docket No. 7.

**IT IS SO ORDERED.**

Dated: June 28, 2024

                                                      **ARACELI MARTÍNEZ-OLGUÍN**
                                                      **United States District Judge**